**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCEL D. FORD,<br><br>        Plaintiff,<br><br>    v.<br><br>PITTS,<br><br>        Defendant. | No. 1:22-cv-01065-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 12, 13)<br><br><u>ORDER DISMISSING ACTION</u> |

On March 23, 2023, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed, with prejudice, for failure to state a claim," and that "[t]he Clerk of Court be directed to close this case." (Doc. 13 at 8) Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on April 3, 2023. (Docs. 14 & 15).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

    1.    The findings and recommendations issued on March 23, 2023, (Doc. 13), are **ADOPTED IN FULL**.

    2.    This action is **DISMISSED**, with prejudice, for failure to state a claim; and

1

3.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 6, 2023**

_____
UNITED STATES DISTRICT JUDGE